**Electronically Filed**
**Supreme Court**
**SCWC-13-0005374**
**17-MAY-2017**
**01:32 PM**

SCWC-13-0005374

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KUHIO EBBTIDE DEVELOPMENT, INC.,
Respondent/Plaintiff-Appellee,

vs.

CHARLES MORSE BARKER, III,
Petitioner/Defendant-Appellant,

and

JANICE MURDOCH,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005374; CIVIL NO. 11-1-3056-12)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Charles Morse Barker's application for writ of certiorari filed on April 3, 2017, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 17, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

